AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| RANDY POLK and KELLY WILSON. *Plaintiff* <br> v. <br> SOMNIA, INC. *Defendant* | ) ) ) Case No. 22-cv-9549-PMH ) ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Somnia, Inc.

Date: 01/04/2023

*Attorney's signature*

William P. Harrington, Esq. (WPH-5262)
*Printed name and bar number*
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
4th Floor
White Plains, NY 10601
*Address*

wpharrington@bpslaw.com
*E-mail address*

(914) 287-6104
*Telephone number*

(914) 683-6956
*FAX number*